**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JUDITH W.,[1] | : | Case No. 2:25-cv-01460 |
| | : | |
|     Plaintiff, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | (by full consent of the parties) |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
|     Defendant. | : | |

**ORDER**

This matter is before the Court upon the parties' Joint Stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. #10).  The parties state that they "agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings because they agree there are deficits in the ALJ's consideration and articulation of various opinions of record and the ALJ should give further consideration to these pursuant to the provisions 20 C.F.R. §§ 404.150c, 416.920c.." *Id.* at 1059.

In *Follen v. Commissioner of Social Security*, the Sixth Circuit held that when granting a remand under Sentence Four of 42 U.S.C. § 405(g), the district court must "identify[] a merits defect in the ALJ's analysis" and "explain its reasoning in reference to the statute, the ALJ's decision, and any evidentiary defects it might see in the record." 167 F.4th 352, 358 (6th Cir. 2026).

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in Social Security cases, any opinion, order, judgment or other disposition in Social Security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

Upon review of the ALJ's decision and the administrative record—and without having the benefit of the parties' full briefing on the merits—the Court agrees that the Commissioner's decision should be reversed and remanded to further consider the Plaintiff's claim, taking any further action necessary to complete the administrative record, including offering Plaintiff the opportunity for a hearing, and issuing another decision.

**IT IS THEREFORE ORDERED THAT:**

1.  The parties' Joint Motion to Remand (Doc. #10) is **GRANTED**;

2.  The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3.  This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' motion; and

4.  The case is terminated on the docket of this Court.

June 8, 2026

s/Peter B. Silvain, Jr.
Peter B. Silvain, Jr.
United States Magistrate Judge